Priority X
Send
Enter
Closed X
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAR 16 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 16 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 16 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SOUTHERN INDUSTRIES OF CLOVER,
Plaintiff,
vs
CALIFORNIA BASICS, INC., ET AL,
Defendant.

CV 00-3641-RSWL

ORDER OF DISMISSAL

On 2/15/01, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution, with a written response due on 2/26/01.

No response to the Order to Show Cause having been filed,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed without prejudice, for lack of prosecution.

DATE: MARCH 16, 2001

RONALD S. W. LEW
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

MAR 16 2001

9